# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRODERICK FOURTE**                                                                      **PLAINTIFF**

**VS.**                              **4:11-CV-00726-BRW-BD**

**FAULKNER COUNTY,** *et al.*                                        **DEFENDANTS**

## <u>ORDER</u>

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Beth Deere, and the objection filed by Defendants.[1] After carefully considering the objection and making a *de novo* review of the record in this case, I conclude that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as my findings in all respects.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. No. 31) is GRANTED in part and DENIED in part. Plaintiffs' claims against Defendants Byrd, Randall, and Brown in their individual capacities are DISMISSED with prejudice. All other claims remain for trial.

IT IS SO ORDERED this 14th day of May, 2013.

                                                 /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 41, 42.